**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6019**

ANTHONY BENJAMIN,

                Plaintiff - Appellant,

        v.

LORETTAN WALLACE, Program Manager; CORPORAL BOSWELL; JOSEPH
HIGGS, Superintendent; OFFICER HALL; OFFICER SHABAZZ,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:08-cv-01089-JCC-JFA)

Submitted:  November 13, 2009        Decided:  November 23, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Benjamin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Benjamin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. See Benjamin v. Wallace, No. 1:08-cv-01089-JCC-JFA (E.D. Va. filed Dec. 16, 2008 & entered Dec. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2